FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 17  A 11: 08

CLERK _L. Salvetiro_
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK AND WAYCROSS DIVISIONS

| | | |
|---|---|---|
| THOMAS EDWARD HALL, | ) | CIVIL ACTION NO.: CV290-605 |
| FELTON CULLEN WILLIAMS, | ) | CV590-258 |
| ROBERT STANLEY GRIFFIN, | ) | CV590-262 |
| RICHARD LAMAR CARTER, | ) | CV590-267 |
| BOBBY R. ALLEN, | ) | CV590-269 |
| LYMAN M. GUY, JR., | ) | CV590-270 |
| DAVID GREGORY STEVERSON, | ) | CV590-272 |
| GEORGE HOWELL, | ) | CV590-273 |
| JAMES GRIFFIN, SR., | ) | CV590-274 |
| IDAS RAY SMITH, | ) | CV590-276 |
| HAROLD BAXLEY, | ) | CV590-277 |
| VERNON CHARLES SMITH, | ) | CV590-278 |
| THOMAS K. HARRIS, | ) | CV590-280 |
| JACK TARPLEY, | ) | CV590-281 |
| GLORIA BUTLER, | ) | CV591-005 |
| DANNY KIRKLAND, | ) | CV591-019 |
| ROBERT ROLLINS, | ) | CV597-076 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Defendant has filed a Motion in *Limine* to Exclude Coworker Testimony. Plaintiffs have filed a response. After review, Defendant's Motion in *Limine* is **DENIED**. However, counsel for Plaintiffs is directed to make available for deposition, prior to December 1, 2005, any co-worker of any Plaintiff whose testimony will be offered at trial.

**SO ORDERED**, this _17th_ day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)