FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 17  A 11: 07

CLERK _L. Valictoire_
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK AND WAYCROSS DIVISIONS

| | |
|---|---|
| THOMAS EDWARD HALL, | CIVIL ACTION NO.: CV290-605 |
| FELTON CULLEN WILLIAMS, | CV590-258 |
| ROBERT STANLEY GRIFFIN, | CV590-262 |
| RICHARD LAMAR CARTER, | CV590-267 |
| BOBBY R. ALLEN, | CV590-269 |
| LYMAN M. GUY, JR., | CV590-270 |
| DAVID GREGORY STEVERSON, | CV590-272 |
| GEORGE HOWELL, | CV590-273 |
| JAMES GRIFFIN, SR., | CV590-274 |
| IDAS RAY SMITH, | CV590-276 |
| HAROLD BAXLEY, | CV590-277 |
| VERNON CHARLES SMITH, | CV590-278 |
| THOMAS K. HARRIS, | CV590-280 |
| JACK TARPLEY, | CV590-281 |
| GLORIA BUTLER, | CV591-005 |
| DANNY KIRKLAND, | CV591-019 |
| ROBERT ROLLINS, | CV597-076 |

Plaintiffs,

v.

CSX TRANSPORTATION, INC.,

Defendant.

## O R D E R

Defendant has filed a Motion to Exclude Testimony of Richard Lemen and in the

Alternative Motion to Compel Deposition.  Plaintiffs have filed a response.  After review,

Defendant's Motion to Exclude Testimony of Richard Lemen is **DENIED**.  Defendant's

AO 72A
(Rev. 8/82)

Alternative Motion to Compel Deposition is **GRANTED**.  Counsel for Plaintiffs is directed to make Richard Lemon, Ph.D. available for deposition prior to December 1, 2005.

**SO ORDERED**, this 17ᵗʰ day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)